CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:  (408) 283-7000
Facsimile:  (408) 283-7010

Attorneys for Defendants FRANCISCO CORTES and
GREEN ENVIRONMENT LANDSCAPE, INC.

*E-FILED - 2/2/10*

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVESTRE VILLANUEVA; ROBERTO TUPULL; and HECTOR GIOVANNI,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN ENVIRONMENT LANDSCAPE, INC.; FRANCISCO CORTES; and DOES 1-10,<br><br>Defendants. | CASE NO. C-09-02018 RMW<br><br>**STIPULATION TO CONTINUE DEADLINE TO CONDUCT MEDIATION AND ORDER** |

WHEREAS, January 18, 2010, is the current deadline for the parties to complete mediation.

WHEREAS, the parties conducted a telephone conference with the Court-appointed mediator, Andrew Wiener, Esq., on November 10, 2009.

WHEREAS, based on the need to complete at least some discovery, and due to the parties' and counsels' holiday vacation schedule, the parties agree that the deadline to complete mediation should be extended to March 31, 2010.

Accordingly, Plaintiffs SILVESTRE VILLANUEVA, ROBERTO TUPULL, and HECTOR GIOVANNI and Defendants GREEN ENVIRONMENT LANDSCAPE, INC., and

58AA7D14.doc

STIPULATION TO CONTINUE DEADLINE
CASE NO. C-09-02018 RMW

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

FRANCISCO CORTES, by and through their counsel, hereby STIPULATE AND AGREE to continue the deadline to conduct mediation to March 31, 2010.

IT IS SO STIPULATED.

Dated: January 7, 2010      LAW OFFICES OF ADAM WANG

By: /s/ Adam Pedersen
    ADAM PEDERSEN
    Attorneys for Plaintiffs

Dated: January 8, 2010      TINGLEY PIONTKOWSKI LLP

By: /s/ Bruce Piontkowski
    BRUCE C. PIONTKOWSKI
    Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature /s/ within this e-filed document.

Dated: January 8, 2010      TINGLEY PIONTKOWSKI LLP

By: /s/ Bruce Piontkowski
    BRUCE C. PIONTKOWSKI
    Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that the deadline to conduct mediation is continued to March 31, 2010.

IT IS SO ORDERED.

Dated: xxxxxx 2, 2010
February

Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE