ADAM WANG, State Bar No. 201233
ADAM PEDERSEN, State Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com

*E-FILED - 5/20/10*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Silvestre Villanueva, Roberto Tupull, and Hector Giovanni,<br>    Plaintiffs,<br>  vs.<br>Green Environment Landscape Inc., Francisco Cortes, and DOES 1-10,<br>    Defendants. | Case No.:   5:09-cv-02018-RMW<br><br>STIPULATION AND ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION |

  Parties, through their respective counsel, stipulate to continue the deadline to complete mediation as follows:

  1. Plaintiffs filed their Complaint on May 06, 2009;

  2. The Initial Case Management Conference was held on October 23, 2009;

  3. Parties stipulated to participate in mediation; and on October 20, 2009, this Court referred this case to the court sponsored mediation.

  4. The current deadline to complete the mediation has passed.

  5. Parties have scheduled a mediation session to be held on July 30, 2010.

  6. Due to counsel's traveling schedule, parties are unable to complete the mediation within the said deadline, and as such request to continue the deadline to complete the mediation to July 30, 2010.

  Respectfully submitted,

STIPULATION TO CONTINUE ADR DEADLINE
1

1

2  Dated: May 19, 2010

3                                                          By:     /s/Adam Wang__
                                                                   Adam Wang
4                                                                  Attorney for Plaintiffs

5  Dated: May 19, 2010

6                                                          By:    __/s/ Bruce Piontkowsk__
                                                                   Bruce Piontkowsk
7                                                                  Attorney for Defendants

8  IT IS SO ORDERED

   May 20 2010                                            *Ronald M. Whyte* (signature)
9
                                                          _____
10                                                        DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE ADR DEADLINE

2