```
ADAM WANG, State Bar No. 201233
ADAM PEDERSEN, State Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com
```

*E-FILED - 6/22/10*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Silvestre Villanueva, Roberto Tupull, and Hector Giovanni,<br>　　　　　Plaintiffs,<br>　　vs.<br>Green Environment Landscape Inc., Francisco Cortes, and DOES 1-10,<br>　　　　　Defendants. | Case No.:   5:09-cv-02018-RMW<br><br>STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF DEADLINE AND ORDER |

　　　　Parties, through their respective counsel, stipulate to continue the deadline to complete mediation as follows:

　　　　1.　　Plaintiffs filed their Complaint on May 6, 2009;

　　　　2.　　The Initial Case Management Conference was held on October 23, 2009;

　　　　3.　　Currently, this case is set for trial, if any, on November 1, 2010, with fact discovery cutoff on June 30, 2010, and expert discovery cutoff on September 15, 2010.

　　　　4.　　Given counsel's trial schedule, parties are unable to schedule all the depositions before the end of June.  As such, parties agree and stipulate to extend the discovery deadline for 4 weeks until July 30, 2010.

　　　　5.　　This brief extension will not affect the other dates, as parties do not anticipate the need for expert witness while the Court's scheduling order provides a 3-month expert discovery until September 30, 2010.

STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE

1

,

Dated: June 4, 2010

By: /s/Adam Wang
Adam Wang
Attorney for Plaintiffs

Dated: June 4, 2010

By: /s/ Bruce Piontkowsk
Bruce Piontkowsk
Attorney for Defendants

IT IS SO ORDERED

June 21, 2010

_Ronald M. Whyte_
DISTRICT COURT JUDGE

STIPULATION TO CONTINUE FACT DISCOVERY DEADLINE

2