```
CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
JONATHAN A. McMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010
```

*E-FILED - 8/16/10*

Attorneys for Defendants FRANCISCO CORTES and
GREEN ENVIRONMENT LANDSCAPE, INC.

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVESTRE VILLANUEVA; ROBERTO TUPULL; and HECTOR GIOVANNI,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN ENVIRONMENT LANDSCAPE, INC.; FRANCISCO CORTES; and DOES 1-10,<br><br>Defendants. | CASE NO. C-09-02018 RMW<br><br>**STIPULATION TO CONTINUE DEADLINE TO CONDUCT MEDIATION AND ORDER** |

WHEREAS, July 30, 2010, is the current deadline for the parties to complete mediation.

WHEREAS, due to a severe health emergency of Francisco Cortes, the mediation scheduled for July 30, 2010 must be postponed, the parties and the mediator have agreed that the deadline to complete mediation should be extended to August 30, 2010, so that a rescheduled mediation may occur on August 25, 2010.

Accordingly, Plaintiffs SILVESTRE VILLANUEVA, ROBERTO TUPULL, and HECTOR GIOVANNI and Defendants GREEN ENVIRONMENT LANDSCAPE, INC., and FRANCISCO CORTES, by and through their counsel, hereby STIPULATE AND AGREE to continue the deadline to conduct mediation to August 30, 2010.

4F98D485.doc

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: July 28, 2010 | LAW OFFICES OF ADAM WANG |
| 4 | | By: /s/ |
| 5 | | ADAM PEDERSEN<br>Attorneys for Plaintiffs |
| 7 | Dated: July 28, 2010 | TINGLEY PIONTKOWSKI LLP |
| 9 | | By: /s/<br>BRUCE C. PIONTKOWSKI<br>Attorneys for Defendants |
| 11 | Approved by the mediator. | |
| 12 | Dated: July 28, 2010 | |
| 14 | | By: /s/<br>ANDREW WIENER<br>Mediator |

### ORDER

IT IS HEREBY ORDERED that the deadline to conduct mediation is continued to August 30, 2010.

IT IS SO ORDERED.

Dated: ~~XXXXXXXX~~ August 16, 2010

/s/ Ronald M. Whyte
Honorable Ronald M. Whyte
U.S. DISTRICT COURT JUDGE

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

4F98D483.doc

- 2 -

STIPULATION TO CONTINUE DEADLINE
CASE NO. C-09-02018 RMW