**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| HECTOR VILLANUEVA, et al.,<br>            Plaintiffs,<br><br>   v.<br><br>GREEN ENVIRONMENT LANDSCAPE,<br>INC., et al.,<br>            Defendants.<br>_____/ | No. C 09-2018 RMW<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF HECTOR GIOVANNI TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:        August 26, 2010<br>Mediator:  Andrew Wiener |

  IT IS HEREBY ORDERED that the request for plaintiff Hector Giovanni to be excused from personally attending the August 26, 2010 mediation session before Andrew Wiener is GRANTED. Mr. Giovanni shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

  IT IS SO ORDERED.

August 24, 2010            By:    _____
Dated                                         Elizabeth D. Laporte
                                              United States Magistrate Judge