ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

***E-FILED - 10/21/10***

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILLANUEVA, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> GREEN ENVIRONMENT LANDSCAPE INC. et. al., <br><br> Defendants | **Case No.: 5:09-cv-02018-RMW** <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE & [] ORDER THEREON |

Parties, through counsel, stipulate as follows:

1. Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2. As such, Parties hereby stipulate to a dismissal of this action in its entirety with prejudice.

3. The Parties ask that the Court retain jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

1                       5:09-cv-02018-RMW

STIPULATION FOR DISMISSAL
Villanueva, et. al. v. Green Environment, et. al.

1

2  Dated: October 19, 2010                                By:    /s/ Adam Pedersen

3                                                                ADAM PEDERSEN

4                                                                Attorney for Plaintiffs

5

   Dated: October 19, 2010                                By:    /s/ Bruce Piontkowski

6                                                                BRUCE PIONTKOWSI

7                                                                Attorney for Defendants

8
   _____
9
                              **[] ORDER**
10

11 Pursuant to the terms of Parties' stipulation, IT IS SO ORDERED.

12
   Dated:  __10/21__, 2010                   _Ronald M. Whyte_____
13
                                              Hon. R. M. Whyte
14                                            United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

                                              2                    5:09-cv-02018-RMW

STIPULATION FOR DISMISSAL
Villanueva, et. al. v. Green Environment, et. al.